**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6831**

_____

MICHAEL F. CROSBY,

                                        Plaintiff - Appellant,

        versus

DEPUTY R.K. ALFORD; DEPUTY M. NAGEL; DEPUTY
CHILDREN; MASTER DEPUTY WILLIAMS; DEPUTY H.K.
STIFFLER,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-01-781)

_____

Submitted:  August 14, 2003          Decided:  August 22, 2003

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael F. Crosby, Appellant Pro Se.  Samuel Lawrence Dumville,
NORRIS & ST. CLAIR, P.C., Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael F. Crosby appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his Fed. R. Civ. P. 59(e) motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. See Crosby v. Alford, No. CA-01-781 (E.D. Va. Apr. 9 and May 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED